# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00769-CV

**Brenda Dickerson, Appellant**

**v.**

**Federal National Mortgage Association a/k/a Fannie Mae, Appellee**

## FROM THE COUNTY COURT AT LAW NO. 4 OF WILLIAMSON COUNTY
### NO. 13-1438-CC4, HONORABLE JOHN MCMASTER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Brenda Dickerson appeals from a judgment awarding possession in a forcible detainer case. After Dickerson failed to timely file her brief, the Clerk of this Court wrote her advising that her brief was overdue and that if she did not file a brief or otherwise respond by May 8, 2014, her appeal would be subject to dismissal for want of prosecution. The May 8 deadline has passed, and Dickerson has made no response. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a), 42.3(b).

_____

Bob Pemberton, Justice

Before Chief Justice Jones, Justices Pemberton and Rose

Dismissed for Want of Prosecution

Filed:   May 28, 2014